FILED

2011 AUG 30 PM 3:28

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2011 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>OYTUN AYSE MIHALIK,<br>  aka "Ayse Oytun Akin,"<br>  aka "Ayse Mihalik,"<br>  aka "Cindy Palmer,"<br><br>          Defendant. | CR No. 11-00833<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1001(a)(2):<br>False Statement] |

The Grand Jury charges:

[18 U.S.C. § 1001(a)(2)]

On or about August 8, 2011, in Los Angeles County, within the Central District of California, in a matter within the jurisdiction of the Federal Bureau of Investigation ("FBI") and the Department of Homeland Security, Homeland Security Investigations ("HSI"), namely, an interview with Special Agents of the FBI and HSI at Los Angeles International Airport ("LAX"), defendant OYTUN AYSE MIHALIK also known as ("aka") "Ayse Oytun Akin," "Ayse Mihalik," and "Cindy Palmer" ("defendant MIHALIK"),

knowingly and willfully made material false, fictitious, and fraudulent statements and representations in a matter involving international terrorism as defined in 18 U.S.C. § 2331.

Specifically, defendant MIHALIK stated in the interview that: (1) she had never used a name other than "Oytun Mihalik" or a similar name when using Western Union to send money to a person who was overseas; (2) she had sent money only once via Western Union to a person who was overseas; and (3) she believed that the recipient of the money she sent overseas via Western Union was a woman.

These statements and representations were false, fictitious, and fraudulent because, as defendant MIHALIK well knew when she made the statements during the interview at LAX, in fact the following was true: (1) defendant MIHALIK had used the alias "Cindy Palmer" when sending money via Western Union to a person who was overseas; (2) defendant MIHALIK had sent money more than once via Western Union to a person who was overseas; and (3) defendant MIHALIK believed that the recipient of the money she sent overseas via Western Union was a man.

These false, fictitious, and fraudulent statements and representations were made in a matter involving international terrorism, as defined in Title 18, United States Code, Section 2331, namely, a matter involving acts that: (1) are violent and dangerous to human life; (2) would be violations of the criminal laws of the United States or of any State if the acts occurred within the jurisdiction of the United States or of any State; (3) are intended to intimidate and coerce a civilian population, influence the policy of a government by intimidation and coercion,

1 and affect the conduct of a government by mass destruction,
2 assassination, and kidnapping; and (4) occur primarily outside the
3 territorial jurisdiction of the United States.

A TRUE BILL

/s/
_____
Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Section

JUDITH A. HEINZ
Assistant United States Attorney
Deputy Chief, National Security Section