# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

FILED

Case Number 11-2014-M 11 00833     Defendant Number 1
U.S.A. v. Oytun Ayse Mihalik         Year of Birth 1972   2011 AUG 30 PM 3:28
☑ Indictment    ☐ Information    Investigative agency (FBI, DEA, etc.) FBI

CENTRAL DIST. OF CALIF.

**NOTE:** All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".

**OFFENSE/VENUE**
a. Offense charged as a:
   ☐ Misdemeanor  ☐ Minor Offense  ☑ Felony
   ☐ Petty Offense  ☐ Class B Misdemeanor
b. Date of offense August 8, 2011
c. County in which first offense occurred
   Los Angeles
d. The crimes charged are alleged to have been committed in:
   CHECK ALL THAT APPLY
   ☑ Los Angeles      ☐ Ventura
   ☐ Orange           ☐ Santa Barbara
   ☐ Riverside        ☐ San Luis Obispo
   ☐ San Bernardino   ☐ Other _____
Citation of offense 18 USC 1001(a)(2)

**RELATED CASE**
Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☑ No    ☐ Yes
   IF YES  Case Number _____

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.
Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** n/a

**PREVIOUSLY FILED COMPLAINT**
A complaint was previously filed on: August 29, 2011
   Case Number 11-2014-M
   Charging 18 USC 1001(a)(2) (false statement)

The complaint:  ☑ is still pending
   ☐ was dismissed on: _____

**COMPLEX CASE**
Are there 8 or more defendants in the Indictment/Information?
   ☐ Yes*          ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*          ☑ No

*AN ORIGINAL AND 3 COPIES (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

**Superseding Indictment/Information**
IS THIS A NEW DEFENDANT?   ☐ Yes        ☐ No

This is the ___n/a___ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
_____
Case Number _____

The superseded case:
☐ is still pending before Judge/Magistrate Judge
_____
☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
   ☐ Yes*          ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*          ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
   ☐ Yes           ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:    ☐ Yes    ☑ No
IF YES, list language and/or dialect: _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE SUMMARY

**OTHER**
- ☐ Male                                  ☑ Female
- ☐ U.S. Citizen                          ☑ Alien
- Alias Name(s) Ayse Oytun Akin, Ayse Mihalik, Cindy Palmer

This defendant is charged in:    ☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?          ☐ Yes    ☑ No
IF YES, should matter be sealed?  ☐ Yes    ☑ No

The area of substantive law that will be involved in this case includes:

- ☐ financial institution fraud      ☐ public corruption
- ☐ government fraud                 ☐ tax offenses
- ☐ environmental issues             ☐ mail/wire fraud
- ☐ narcotics offenses               ☐ immigration offenses
- ☐ violent crimes/firearms          ☐ corporate fraud
- ☑ Other: False Statement

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?     ☐ Yes      ☐ No
d. Is a Fugitive        ☐ Yes      ☐ No
e. Is on bail or release from another district:
   n/a
f. ☐ Has not been arrested but will be notified by summons to appear.
g. Warrant requested.   ☐ Yes      ☐ No

Defendant is **in** custody:
a. Place of incarceration:    ☐ State    ☑ Federal
b. Name of Institution: MDC
c. If Federal: U.S. Marshal's Registration Number:
   _____
d. ☑ Solely on this charge. Date and time of arrest: 8/27/11 4:35 p.m.
e. On another conviction:  ☐ Yes       ☑ No
   IF YES ☐ State       ☐ Federal      ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes    ☑ No
   IF YES ☐ State       ☐ Federal      AND
   Name of Court: _____

Date transferred to federal custody: n/a

This person/proceeding is transferred from another district pursuant to F.R.CrP. ____ 20 ____ 21 ____ 40

---

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

Date August 30, 2011

_Signature of Assistant U.S. Attorney_

Judith A. Heinz
*Print Name*