# EXHIBIT A

Honorable Josephine Stanton Tucker
United States District Judge

Dear Honorable Judge Tucker,

The day that I plead guilty; looking around the courtroom, prosecutors, the American flag, everything seemed so surreal. The reality of my great loss overwhelmed in my heart, and the seriousness of the crime made me feel very low, ashamed, and miserable in front of everybody. That was my farewell to the country that I truly love very much. I'm deeply sorry.

I know I did wrong. Everything that I worked for; 16 years of my crime-free, honest living, all of my accomplishments and my dreams are swept away as a result of my actions during a very emotionally disturbed period. I'm facing very harsh consequences such as losing my residency, my three pharmacy state licenses that I worked very hard to get, the opportunity to raise my children in this country and contributing to the community through my hard work as a pharmacist at CVS.

I love the United States of America and consider it my home country since this country allowed me achieve all my career and personal goals, widened my perspective in life to appreciate freedom, equality, liberty. I have admiration of the system where people all over the world with different backgrounds, traditions, live in peace and harmony. I realize my American dream has been ruined.

Please understand that I became involved in the email discussions after I was recently separated from my husband. I had moved into a motel room dealing with our marital problems. At this time I was also worrying about my mother's chronic cough that I witnessed during my trip a month ago. The radiology report that my family sent shows that my mother did in fact have lung problems. At this time I also received the news that my brother left unexpectedly for Pakistan. Devastated, in a complete state of shock and extremely worried for his safety, I started searching the internet trying to understand my brother's state of mind. I e-mailed with the hope to hear about my brother's safe arrival. I also got caught up in radical discussions, and sent the money on three occasions during this short time period. God forgive me for getting lost in this way. I kept communicating in the e-mails until he arrived on January 17th, 2011. I stopped my communication completely on my own volition. Looking back at my conduct and recounting the events, I can clearly see how disturbed I was emotionally.

I suffered the catastrophic results of 9/11 just like any other American citizen by physically living in New York City at the time and witnessed how thousands of innocent lives were lost by the heinous act of evil minded people. ~~I provided hours of cooperation to the government, both at the time of my arrest where I was kept at a motel for over two days. I have continued to cooperate with the government by meeting case agents Tom and Suzi two other times. I remain willing to help law enforcement to protect this country~~. I hope that this shows you that I am not committed to the causes that the government thinks I was. I hope that this helps show my atonement for my transgressions.

I respectfully ask you Your Honor and the United States government to accept my deep hurt and apologies. I am very regretful. I want to be able to see my 80 year old father who has diabetes and heart condition, and my 70 year old mother with lymphoma cancer again. Please forgive me for my actions.

Respectfully,

_____
Oytun Mihalik