# EXHIBIT B

# EXHIBIT B



**CONSULATE GENERAL OF THE
REPUBLIC OF TURKEY
LOS ANGELES**

13 July 2012

Mr. Errol H. Stambler
Los Angeles Criminal Law Attorney
10880 Wilshire Boulevard, Suite 1050
Los Angeles CA 90024-4111 U.S.A.

Dear Mr. Stambler,

Upon the request of Ms. Ayşe Oytun Mihalik, please find attached the results of her criminal record inquiry made by our Consulate.

As it is also mentioned in the attached document, Ms. Mihalik has no criminal records in Turkey.

Please do not hesitate to call me should you have any questions about this inquiry. My direct phone number is 323-655-8623 or 323-655-8832 Ext. 17.

Sincerely,

Arif Celik
Vice Consul

Encl.: 1

---

6300 Wilshire Blvd., Suite 2010, Los Angeles, CA 90048     Tel.: (323) 655 8832     Fax : (323) 655 8681

**T.C.**
**DIŞİŞLERİ BAKANLIĞI**
**Los Angeles Başkonsolosluğu**

Los Angeles
13.07.2012

| | | | |
|---|---|---|---|
| **Sayı** (Number/Numero/Nummer) | : 0120-2012-269-60 | | |
| **Konu** (Subject/Sujet/Betreffend) | : Avukat Errol Stambler | | |
| **Kurum** | : DİĞER MAKAMLAR | | |

(To Be Delivered To/Pour Etre Delivre A/Auszuhändigen An Zuständige Behörde)

## SORGULAMAYA ESAS KİMLİK BİLGİLERİ:
Id Deta,is To Be Used For The Inquiry
Informations Sur La Carte D'Identite A Etre Utilisees Pour L'enquete
Ausweis Einzelheiten Die Für Die Ermittlung Benötigt Werden

**TC KİMLİK NO** : 52156198940
Turkish Id Number
Numero De La Carte D'identite Turque
Turkische Ausweisnummer

**DOĞUM TARİHİ** : 30.8.1972
Date Of Birth
Date De Naissance
Geburtsdatum

**ADI** : AYŞE OYTUN
First Name (S)
Prenom (S)
Name

**DOĞUM YERİ** : İSTANBUL
Place Of Birth
Lieu De Naissance
Geburtsort

**SOYADI** : MIHALIK
Surname
Nom
Familienname

**NÜFUSA K.O. İLÇE** : Bakırköy
District Of Registration
District De Registration
Registriert Im Bezirk

**BABA ADI** : SÜLEYMAN OĞUZ
Father's Name
Prenom Du Pere
Name Des Vaters

**NÜFUSA K.O. İL** : İstanbul
Province Of Registration
Province De Registration
Registriert Im Stadt / Land

**ANNE ADI** : MELDA
Mother's Name
Prenom De La Mere
Name Der Mutter

## ADLİ SİCİL KAYDI SORGULAMASI SONUÇLARI:
Results Of The Criminal Record Inquiry
Resultats De L'enquete Du Casier Judiciaire
Resultat Der Anfrage Beim Strafregister

### YUKARIDA KİMLİK BİLGİLERİ BULUNAN KİŞİNİN ADLİ SİCİL KAYDI YOKTUR.
The person whose id details are given above has no criminal records.
La Personne dont les informations de carte d'identite sont fournies ci-dessus a un casier judiciaire vide.
Die Person, deren Personaldaten oben aufgeführt ist, ist nicht vorbestraft.

### YUKARIDA KİMLİK BİLGİLERİ BULUNAN KİŞİNİN ADLİ SİCİL ARŞİV KAYDI YOKTUR.
The person whose id details are given above has no archival criminal records.
La personne dont l'identite est precisee ci-dessus n'a pas d'enregistrement d'archives
Die Person, deren Personaldaten oben aufgeführt ist, ist im Vorstrafenarchiv nicht registriert

Arif Çelik
Üçüncü Katip

CONSULATE GENERAL OF TURKEY
6300 Wilshire Blvd., Suite # 2010
Los Angeles, CA 90048-5268

Kadir YÜKSEL
Muavin Konsolos
Vice Consul

Sayfa : 1/1