# EXHIBIT G

## COLORMED IMAGING AND LABORATORY
Dr. Firat CHETINKAYA

MELDA AKIN
06-08-2011

## CHEST CT EXAMINATION

**Examination Techniques:** 10 mm axial sections after intravenous contrast drug administration

**Evaluation:**

Thorax bone structures are normal. There is 1-2 prevascular and precarinal lymphadenopathy in the mediastinum. Mediastinal structures are normal. Heart size is normal. There is no pericardial effusion. Trachea and main bronchus are open.

There is an 8 cm increased spicular density in the left lung upper lobe which obstructs the left lung upper lobe bronchus and shows tendency to merge to distal consolidated soft tissue ( central lung tumor? ). There is a minimal pleural effusion in the left. There is 1-2 nodular lesion in the central right lung ( intraparenchymal lymphadenopathy ,metastatic mass? ) . We suggest the bronchoscopic evaluation of the patient.

Diaphragms has uniform borders. Sinuses are open.

Liver in the border of CT is normal.

**Conclusions:**
- There is prevascular and precarinal 1-2 lymphadenopathy in milimetric size in the mediastinum.
- There is an 8 cm increased spicular density in the left lung upper lobe which obstructs the left lung upper lobe bronchus and shows tendency to merge to distal consolidated soft tissue ( central lung tumor? )
- There is minimal pleural effusion in the left lung.
- There is 1-2 nodular lesion in the central region of the right lung ( intraparenchymal lymphadenopathy ,metastatic mass? )
- We suggest the bronchoscopic evaluation of the patient.

Best regards,
Dr. Firat CHETINKAYA



Dr. Fırat ÇETİNKAYA

**MELDA AKIN**
**08.06.2011**

## TORAKS BT TETKİKİ

**Teknik:** İvkm sonrası 10 mm kalınlıkta aksiyal kesitler.

**Değerlendirme:**

Toraks kemik yapıları normaldir. Mediastende prevasküler ve prekarinal 1-2 adet milimetrik lenfadenopati izlenmiştir. Mediastinal yapılar normal olarak izlenmiştir. Kalp boyutu tabiidir. Perikardial effüzyon izlenmemiştir. Trakea ve ana bronşlar açıktır.

Sol akciğer üst lob bronşunu obstrükte eden, distalinde yumuşak doku konsolüde kitle ile birleşme eğiliminde, yaklaşık olarak 8 cm boyutunda spiküler dansite artışı dikkati çekmiştir(santral akciğer tümörü?). Solda minimal plevral effüzyon izlenmiştir. Sağ akciğer santralde 1-2 adet nodüler lezyon sahası dikkati çekmiştir(intraparankimal LAP? ; metastatik nodül?). Hastanın bronkoskopik tetkiki uygun olacaktır.

Diafragmalar muntazam konturludur. Sinüsler açıktır.

Kesit kapsamına giren karaciğer normal olarak izlenmiştir.

**SONUÇ:**

- *Mediastende prevasküler ve prekarinal 1-2 adet milimetrik lenfadenopati izlenmiştir,*
- *Sol akciğer üst lob bronşunu obstrükte eden, distalinde yumuşak doku konsolüde kitle ile birleşme eğiliminde, yaklaşık olarak 8 cm boyutunda spiküler dansite artışı dikkati çekmiştir(santral akciğer tümörü?),*
- *Solda minimal plevral effüzyon izlenmiştir,*
- *Sağ akciğer santralde 1-2 adet nodüler lezyon sahası dikkati çekmiştir(intraparankimal LAP? ; metastatik nodül?),*
- *Hastanın bronkoskopik tetkiki uygun olacaktır.*

*Saygılarımla,*
*Dr. Fırat ÇETİNKAYA*

## DECLARATION OF TRANSLATOR

I, the undersigned, being first duly sworn, depose and say that I am familiar with the English and TURKISH languages; that I translated the attached COLORMED IMAGING AND LABORATORY REPORT from TURKISH into English; and that the said translation is to the best of my knowledge and belief a true and correct translation of the said document.

I certify (or declare) under penalty of perjury, that the foregoing is true and correct.

DEC. 17, 2012
Date

Bahram K Ganjineh
Signature of Translator
Executed at: Los Angeles, Ca.

**OFFICIAL TRANSLATION**
**BAHRAM K. GANJINEH**
OFFICIAL TRANSLATOR - INTERPRETER TO
THE LOS ANGELES FEDERAL & SUPERIOR COURTS