# EXHIBIT M

11-04-2012
Istanbul

To Whom This may Concern

I, Melda Akin, the mother of Oytun Akin am writing these lines to you without being under the influence and pressure of any body, with my free will and sound wisdom.

My daughter Oytun, by showing respect, affection and concern to her family all throughout her life has earned the love and commendation of all of us and has acquired an unchangeable spot in our hearts and has become our lives spirits and life spring.

Throughout her life by her wisdom, study determination and her will power Oytun Akin has put to best use all of the resources that we have provided her. Throughout her education duration she has attained (educational) achievements in the best schools and has been known as a honest, help giver and studious student. Not only in educational grounds, but also in social life she has been loved by her friends. She has attained (high) achievements throughout many years of (participation) in horse-riding sport. She has adopted the modern Western life style but in the same time was brought up as a young individual who has obtained the spiritual contemporary values.

Not only through her tie and closeness to the family never she has shamed us, but quite to the contrary she has been the cause of our pride. Oytun Akin has been brought up as an individual to be an useful and successful pharmacist for her family and the entire humanity by the end of her education duration.

By obtaining the required education and carrier achievements level both in Turkey and in the United States of America, where she loves at least as much as she loves Turkey, my daughter has been our source of pride all the times.

I have been personally witnessed her affection to the United States of America through her educational and carrier life in the United States of America. Even though I am in old ages and lived through lots of medical problems, because of her affection to the U.S.A. my oytun has never insisted in going back to Turkey.
Being the members of the Akin family, because of our trust and affection to the United States Government, we are in support of my daughter's education and performance of her pharmaceutical profession there, and the fact that this would be beneficial both for her and the American people. In the same time she has tied her life to her American affection. As a person that I have personally witnessed the joy she has felt in the American National

Festivities, I have never been in a position to insist that she would be prevented from this peaceful life that she has brought about for herself. As Oytun repeatedly expressing her desire to meet us in Turkey, and live here from now on, we have never intended to take her away from the environment in which she is dedicating an important part of her life in giving health services to the people for whom she is paying tax and having ties to them.

My daughter's existing condition is grieving all of us in the family, but in the same time unfortunately it is impossible to undo the occurrence.
The situation is quite obvious and it is quite understood by the Akin family. As a mother who knows her daughter's characteristic, I am sure that the happenings were not aimed to intend to harm the United States of America. I don't have the slightest doubt that my daughter will be judged in a just manner and the situation will be resolved favorably.

The Akin family and myself trust the justice system of the Unites States of America, and hope that you will conclude the subject in the shortest (possible) time.

Yours faithfully
Signature MELDA AKIN

4.11.2012
İstanbul

Sayın Yetkili,

Size bu satırları Oytun Akın Mihalik'in annesi Melda Akın olarak kimsenin tesiri ve baskısı altında kalmadan kendi özgür iradem ve akıl sağlığım yerinde olarak yazmaktayım.

Kızım Oytun, hayatı boyunca ailesine göstermiş olduğu saygı, sevgi ve ilgi ile hepimizin sevgi ve takdirini toplamış kalbimizde değişmez bir yer edinmiş, hayatımızın neşesi, hepimizin yaşam kaynağı olmuştur.

Oytun Akın hayatı boyunca kendisine sağladığımız tüm imkanları zekası, çalışma azmi ve iradesiyle en iyi şekilde değerlenmiştir. Tüm eğitim hayatı boyunca en iyi okullarda okumayı başarmış dürüstlüğü ve yardım severliğiyle tanınan, çalışkan bir öğrenci olmuştur. Kendisi sadece eğitim alanında değil sosyal hayattada arkadaşları tarafından sevilen uzun yıllar yaptığı binicilik sporuyla başarılar kazanmış modern, batılı hayat tarzını benimsemiş ama aynı zamanda manevi değerlere sahip çağdaş bir genç olarak yetiştirilmiştir.

Ailesine olan bağlılığı ve yakınlığıyla bizi hiçbir zaman mahcup etmeyen ve tam tersine gururlandıran Oytun Akın tüm bu eğitim hayatının sonunda ailesine ve tüm insanlığa faydalı olacak bir birey olmuş başarılı bir Eczacı olarak yetişmiştir.

Kızımın gerek Türkiye'de ve gerekse en az Türkiye kadar sevdiği Amerika Birleşik Devletlerinde elde ettiği eğitim ve kariyer seviyesi her zaman gurur kaynağımız olmuştur.

Amerika Birleşik Devletin'deki eğitim ve iş hayatı boyunca kendisinin Amerika Birleşik Devletine sevgisine bizzat şahit olmuş, yaşımın ilerlemiş ve çeşitli sağlık problemleri yaşamış olmama rağmen A.B.D. olan sevgisi sebebiyle Oytunumun Türkiye'ye dönmesine yönelik hiç bir ısrarda bulunmamışdır. Akın ailesi olarak Amerika Birleşik Devletine olan güvenimiz ve sevgimiz itibarıyla kızım Oytun'un Amerika Birleşik Devletinde eğitim alması ve Eczacılık mesleğinin orada icra etmesinin kendisi ve Amerika halkı için faydalı olacağını savunmuşuzdur. Aynı zamanda hayatını orada devam ettirmesini Amerika sevgisine bağlamış, Amerika milli bayramlarındaki sevincini bizzat görmüş bir kişi olarak kendisini Amerika'da kurduğu bu huzurlu ortamdan alıkoyma ısrarında hiçbir zaman bulunmamışımdır. Kendisini Türkiye'de görmemizi ve artık burada yaşamasını sık sık dile getirmekle beraber Oytun'un hayatının önemli bir bölümünü harcadığı, vergi ödediği insanlarına sağlık hizmeti verdiği ve onlarla bağ kurduğu bu ortamdan uzaklaştırmak istememişizdir.

Kızımın içinde bulunduğu durum ailecek hepimizi çok üzmekle beraber, yaşanan olayları geriye getirmek ne yazıkki mümkün değildir. Durum gayet açık ve Akın Ailesi tarafındanda anlaşılır niteliktedir. Kızını çok iyi tanıyan bir anne olarak yaşananların Amerika Birleşik Devletlerine kasten zarar vermek amacıyla yapılmadığından emin bulunmaktayım. Kızımın en adil bir şekilde yargılanacağı ve durumun açıklığa kavuşturulacağından en ufak bir şüphem yoktur.

Akın ailesi ve şahsım olarak Amerika Birleşik Devlet'leri adalet sistemine güveniyor tarafınızdan en kısa zamanda bu konunun neticelendirilmesini ümit ediyoruz.

Saygılarımla

[signature] MELDA AKIN

DECLARATION OF TRANSLATOR

I, the undersigned, being first duly sworn, depose and say that I am familiar with the English and TURKISH languages; that I translated the attached 2 PAGES OF LETTER from TURKISH into English; and that the said translation is to the best of my knowledge and belief a true and correct translation of the said document.

I certify (or declare) under penalty of perjury, that the foregoing is true and correct.

01-23-2013
Date

Bahram K Ganjineh
Signature of Translator
Executed at: Los Angeles, Ca

OFFICIAL TRANSLATION
BAHRAM K. GANJINEH
OFFICIAL TRANSLATOR - INTERPRETER TO
THE LOS ANGELES FEDERAL & SUPERIOR COURTS

To Whom It May Concern, 20 June, 2012

I am Suleyman Oguz Akin. I am married and have three children. I have been working as a Pharmacist for 51 years. My father was also a pharmacist. I tried to perform my profession at its best and within ethical boundaries. Please find attached the awards and honors obtained from professional societies.

The eldest of my children, my son Onat is a doctor of pathology specialty in Istanbul, Turkey. When he was getting his specialty training in the USA, my daughter Oytun Mihalik ( Akin ) just as she was graduating from Istanbul University Pharmacy School in 1996 visited his brother in the USA and later stayed there since she liked the USA very much and received training for pharmacy and obtained various professional certificates..

First in the state of New York, then in California she has worked in pharmacy chains for 15 years as a pharmacist. She has married there. She deserved the right to obtain a green card and she has got it. Last year when she came to me, we worked together in my pharmacy.

During the same period, my younger son, Onur, had gone to Pakistan for business purposes and when he was there, he told his sister, Oytun that there were poor, sick and needy people over there. My daughter, being a very sensitive and affectionate person , feels pity not only for human beings but also for animals. For that reason, she has sent money to be given to poor people over there.

Neither she nor family members are related to terror or to people associated with terror. We are respecting our state and its holy values. We do not hold any character as to be enemies to our own country and its allies.

I and my children have worked honestly paying respect to our own country and to the other countries they lived in. They made a positive contribution to the economies of the contries they lived in and paid their taxes in due time.

Attached to this letter are the photocopies of the Certificate of Gratitude given to me by the State Tax Revenue Service and the Plaquet presented to me at the completion of Dumlupınar University Technical School building made by my donation .

Respectfully,

S. Oguz Akin
Pharmacist


DUMLUPINAR ÜNİVERSİTESİ
KÜTAHYA
Sayın Ecz. Süleyman Oğuz AKIN
Üniversitemiz Simav Teknoloji Fakültesi
ve Simav Meslek Yüksekokulu'na
Kazandırdığınız Eğitim Bloğundan
Dolayı Teşekkür Ederim.
Prof. Dr. Ahmet KARAASLAN
REKTÖR

İSTANBUL
VERGİ DAİRESİ BAŞKANLIĞI

KOCAMUSTAFAPAŞA Vergi Dairemizin Gelir Vergisi mükellefleri içinde 2008 yılı itibariyle 87.sırada yer alan

Sn. Süleyman Oğuz Akın'ın

en seçkin mükelleflerimizden birisi

olduğunu açıklamaktan gurur duymaktayız.

05/05/2009

Mehmet KOÇ
İstanbul Vergi Dairesi Başkanı

Dear Honorable Judge Tucker,

This is to humbly appeal to you to review and reconsider my wife, Oytun Mihalik, who is awaiting sentencing. I am Errol Mihalik, and I am the husband of Oytun Mihalik since 2/29/2008. I have never met such a remarkable individual and completely in love with her. Every day, as human beings, we make small and at times crucial mistakes that bestow on us regrets that may last days or even the rest of our lives. I know my wife is pleading guilty for her charges, and her actions pertaining to her charges are completely out of character.

Oytun is a well-organized, highly efficient and extremely competent person. Her friendly nature and exceptional communication skills have always earned her excellent rapport with people of all age groups. In the years when I have known her, I have been truly impressed with her dedication to any endeavor that she gets involved in. Furthermore, Oytun is extremely dedicated to her family, work, love for America, and is entirely peace-loving.

I hope you will take into consideration the future of my wife, and take into account our future to have a family. Her incarceration has affected me, her family, her life in general, and her ability to live in the United States. Oytun is a loyal, honest, considerate, and supportive wife who has the ability to relate to others using another person's perspectives. Her positive energy is refreshing, and it inspires me to better myself. I thank you for your time in reading this letter, and hope you are able to see how extraordinary of a person she is.

Kind Regards,

Errol Mihalik

to whom it may Concern oct 17th 2012

I'm a pharmacy technician at cvs Pharmacy in Downey # 8867 I have being a pharmacy technician For 12 years I worked For cvs and worked with oytun mihalik for 3 1/2 years. She was the night pharmacist. she is always being pleasant. Kind. and enthusiastic. she always helped the customers answered all. the questions. she was always willing to help the patients 100%. even that we had very stressfuls time in our 24 hours pharmacy. she is being the best pharmacist I ever known. She was able to Check prescriptions very quick never let customers wait she is a very hard working person with a huge heart. she is and will always be a very important part in my life we had so much fun together. we miss her as proffesional and friend

Sincerely [signature]
Miriam Cervantes

cell 562-382-5327
home 562-861-7462
10327 Downey ave # 106 Downey Ca. 90241

Oct 10 2012

To whom it may Concern,

We have known Aytun A. [illegible]kelik for many years. She has been hardworking pharmacist. Her relationship with everyone is cordial, sincere. She likes to help people, loyal to her family and friends. She is knowledgable, fluent with 3 languages. As a summary she is caring, loving, warm, trustworthy phar-masist.

Dr. Ali N AKIN
Dr. Emel AKIN

November 1, 2012

Peter Ralli
5142 Warner Ave.
Unit 205
Huntington Beach, CA 92649

Re: Oytun Mihalik

To whom it may concern:

I've known Errol Mihalik for many years. My wife and I were at his wedding to Oytun in February 2008. I was happy for Errol that he found a smart. career-minded woman to share his life with. I have spent considerable time with the both of them from before they were married until August 2010, when my wife and I moved from Orange County to San Diego County. At that time. Oytun and Errol seemed very much in love and were planning on having a family. In the two years that we were in San Diego County. I still talked to Errol but much less than before.

I was shocked to hear from Errol that Oytun had been charged with a serious crime and violation of national security. In the roughly 3 years we had known her, we never heard Oytun say or do anything that showed she was a radical or an extremist in any way. I always thought of her as a secular person and a hard working pharmacist. It seems very out of character that she would support some extremist group by sending them money. I can only speculate that she was coerced by her brother in Turkey to send money on his behalf.

While I can't condone any action that would endanger our troops. I hope that the court shows Oytun mercy in that this is her first criminal offense. I also hope that if she cooperates with authorities she will be allowed every opportunity to shorten her sentence and return home. Now that her brother is incarcerated in Turkey, and she has had time to reflect on the repercussions of her actions, I don't believe she has any reason to repeat her mistake.

Sincerely,

Peter Ralli