# EXHIBIT A

FD-302 (Rev. 10-6-95)

- 1 -

FEDERAL BUREAU OF INVESTIGATION

Date of transcription   08/29/2011

On August 29, 2011 at approximately 9:06 a.m., Federal
Bureau of Investigation (FBI) Special Agents (SA's) Thomas J.
Ropel, III and Neah Gibson interviewed OYTUN AYSE MIHALIK, date of
birth August 30, 1972, cellular telephone number 212-444-8946, at
the Embassy Suites hotel, 2120 Main Street, Irvine, California.
This interview was a post-arrest interview conducted after MIHALIK
waived her Miranda rights and signed the FD-395 advice of rights
form.  During the interview, MIHALIK was offered water, bathroom
breaks and the opportunity to pray.  MIHALIK was seated in a couch
next to the interviewing agents, and was not handcuffed.  MIHALIK
was asked if she was willing to waive her right to see a Magistrate
Judge on August 29, 2011, and she stated she preferred to see a
Judge, but she would like to talk the agents before seeing the
Judge.

SA Ropel attempted to record the interview utilizing a
digital recorder, however the recorder malfunctioned after 40
seconds into the interview.  Prior to the interview, SA Ropel
placed a phone call to Task Force Officer (TFO) John Kirby, and
then placed TFO Kirby on speaker phone.  TFO Kirby informed MIHALIK
that he had talked to MIHALIK's husband, Errol Mihalik, to let
Errol know that she was safe.  MIHALIK said thank you to TFO Kirby
and SA Ropel for talking to her husband.  After being advised of
the identity of the interviewing agents and the purpose of the
interview, MIHALIK provided the following information:

EBU YASIR, aka EBU BERA, is the same person that MIHALIK
formerly referred to as EBU YASIN in an interview with agents on
August 27, 2011.  EBU YASIR is the individual who MIHALIK
communicated with in December 2010 and January 2011.  MIHALIK said
she communicated with him for a few weeks during that time period
through email, and also over the telephone.

MIHALIK said, prior to communicating with EBU YASIR, she
knew EBU YASIR was a member of a group in the tribal area of
Pakistan called "Allah's soldiers".  According to MIHALIK, this
group was fighting against the American military forces and Turkish
military forces in Afghanistan and/or Pakistan.

MIHALIK stated she knew in December 2010 and January 2011
the money she sent via Western Union to the name INAYATULLAH JAN

| | | | |
|---|---|---|---|
| Investigation on | 08/29/2011 | at | Los Angeles, California |

File # ███████████████        Date dictated _____

by   SA Thomas J. Ropel, III
     SA Neah Gibson

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

00162



Continuation of FD-302 of ___OYTUN AYSE MIHALIK_____ , On 08/29/2011 , Page ___2___

was going directly to EBU YASIR in Pakistan.  MIHALIK stated EBU
YASIR told her in phone calls and emails that he received the money
MIHALIK sent him through Western Union.  MIHALIK said it made her
feel very good that she was sending money to EBU YASIR because she
was supporting Allah's good graces.

MIHALIK stated she knew EBU YASIR was using her money for
mujahidin operations against the American military forces and
Turkish military forces in the Afghanistan and/or Pakistan region.
She also hoped the money was being used for poor people, as well.

MIHALIK stated after receiving emails from EBU YASIR in
late December 2011, she knew EBU YASIR was a member of the Taliban
and Al Qaeda.  MIHALIK stated she gave money to EBU YASIR one or
two more times after finding out he was a member of the Taliban and
Al Qaeda.  MIHALIK stated she felt good inside about giving this
money to EBU YASIR and she was in Allah's good graces.

Sometime in March or April 2011, AHMET KERIM UZBASARAN
told MIHALIK to watch out and be careful because EBU YASIR was
under investigation in Pakistan.  MIHALIK was unaware of the nature
of the investigation that UZBASARAN referred to.  SA Ropel asked
if, in March and April 2011, MIHALIK believed EBU YASIR was under
investigation because she knew he was involved in terrorist
activities in Pakistan.  MIHALIK answered "yes".

MIHALIK said she knew the money she sent from Istanbul,
Turkey in April 2011 went to EBU YASIR in Pakistan.  MIHALIK
facilitated the transfer of over $2,000 from her father to EBU
YASIR in Pakistan from a Western Union located in a bank in
Istanbul, Turkey.  MIHALIK did not remember the exact name of the
bank.  MIHALIK's father was scared to send the money to Pakistan
because he thought it may be used for terrorism activity.  This
money was intended to be sent to EBU YASIR's group for MIHALIK'S
brother, ONUR AKIN, to travel back to Turkey.

SA Ropel asked MIHALIK if she knew in April 2011 when she
sent the money to EBU YASIR, that EBU YASIR was still with Al
Qaeda, the Taliban and was fighting Jihad against the United States
Military and Turkish Military.  MIHALIK said "yes".

MIHALIK said this situation is about beliefs, and MIHALIK
asked SA Ropel if he wants to know about MIHALIK's beliefs.  SA
Ropel answered, "yes".  MIHALIK said again she believed her sending
the money to EBU YASIR was right because it would keep her in

FD-302a (Rev. 10-6-95)



Continuation of FD-302 of ___OYTUN AYSE MIHALIK_____ , On _08/29/2011_ , Page __3__

Allah's good graces.  She said she may have shown bad judgment in
December 2010 and January 2011, but sending the money made her feel
good inside.

MIHALIK said she lied to SA Ropel and SA Suzanne Lenyi on
August 8, 2011 at the Los Angeles International Airport (LAX) and
August 27, 2011 at LAX because she was scared she may have done
"something bad".  MIHALIK said she made up the name CINDY PALMER to
send money to EBU YASIR because she was scared sending the money
was wrong.

SA Ropel asked MIHALIK to discuss the money that she sent
to EBU YASIR in mid-January 2011 for a car that was supposed to be
used in a terrorist operation.  MIHALIK acknowledged to the agents
that EBU YASIR sent her an email which stated this car was to be
used in an operation by the mujahidin against the infidels.
MIHALIK said she sent the money to EBU YASIR for this car knowing
that EBU YASIR was with the Taliban and Al Qaeda.  MIHALIK was
asked if the car was going to be used for a bomb or explosion, and
she said she does not know.  MIHALIK said the car could have been
used for driving people to go get bread.

MIHALIK became noticeably upset and asked how you, the
FBI, could prove that she even read the emails from EBU YASIR
before sending the money to him. MIHALIK said there's no way to
prove she read his emails prior to sending the money.

SA Ropel asked "Do you know of any other crimes you have
committed other than sending money to a terrorist organization four
times?"  MIHALIK did not debate this question, and said "No, none."
MIHALIK acknowledged that sending money to EBU YASIR was illegal.

When asked about seeing a Judge, MIHALIK stated she would
like to see a Judge at some point today, August 29, 2011.  MIHALIK
said she is willing to talk to agents at any time without an
attorney present.  The agents advised her they would need to go
through an attorney while she is in jail to talk to her.  She
complimented SA Ropel and all of the other FBI agents for being so
kind to her while at the hotel room.

At approximately 10:15 a.m., SA Gibson conducted a high
risk search of MIHALIK, then escorted her to a government car for
transport to the Los Angeles United States Marshal's facility.

# EXHIBIT B

Telephone conversation ICE-EM

ICE: Homeland Security Investigations employee

EM: Errol Mihalik

Telephone conversation on December 27, 2010


ICE:    Homeland Security investigations. How may I direct your report?

EM:     Ah, I just have a quick question. My wife and I are getting divorce, and uh, I think it was under false pretenses. Due to her moving out of the house, I'm waiting for her citizenship paper to come due in about three months. Now, I'm not sure if this is the correct arena to report this.

ICE:    Yeah, it is, we do, unfortunately we do the ahh, marriage fraud as we call it.

EM:     (over ICE) Ok

ICE:    Do you, do you believe you're are a victim of that? You thought you married her for - to spend a life together, and then you believe, uh the minute she's legal, she's out of there?

EM:     Yeah, I was  denying it but everyone start pointing it, because she's basically wants, she's moving to Turkey, that's given.  She's now packed her stuff in two weeks, but she's staying here basically until February that's when her three years is up, I guess, I'm not sure the, I'm not too familiar with the immigration status. But that's key the three years, ahh then she can become a U.S. citizen then she's moving to Turkey.

ICE:    Well, when did you get married?

EM:     Ahh, what is it? February 28th, 2008

ICE:    OK. So she, she's actually been living with you for actually 2 ½ years though?

EM:     Correct.

ICE:    And in somewhat of a normal situation?

EM:     Um, it was normal until this year.

ICE:    OK. Then, so what happened this year?

1

Telephone conversation ICE-EM

EM:    Um, (inaudible) she went to Turkey a couple of times.  I went with her once. And um, basically, I don't know if this is is confidential or not, what I report to you I don't want this to come back to me.

ICE:    Sure

EM:    She turned into a radical Muslim. Her brother is joining Al Qaeda, and her Omar, Uman basically got into an argument who supports anything that can repeat 9/11. And ahh..

ICE:    (interrupts) This, this is her brother?

EM     Yeah, these are her brothers.

ICE:    OK. She has two brothers.

EM:    (over) That's right

ICE:    Ones  name is what?

EM:    One is Omat (garbled)

ICE:    Omat, you think?

EM:    O M A T correct. And the last name is A K I N. And he's actually a U.S. citizen.  He married us about ten years ago.  He's a  doctor, and ah, he studied back East in, ah, I think New Jersey, or New York area, um,  and he's in a dilemma.  What happen was went- he lives in Turkey, but he didn't join the Turkish army, which is mandatory.  So, if he leaves the country back to the U.S. and tries to come back to Turkey, they won't allow him. So, he's stuck in Turkey.

ICE:    He can't leave.

EM:    Ah, the other brother is he's, he's developing, he's  actually, um, copying an  Ipod, like he's stealing the (inaudible)

ICE:    What his name sir?

EM:    Omar- O M A R

ICE:    Ok. Same ( K HA N garbled).

EM:    Correct sir.

2

Telephone conversation ICE-EM

ICE:     And, and uh, what's your wife's name?

EM:     Oytun

ICE:     O Y

EM:     Aha

ICE:     Then what is it?

EM:     T as in Tom, U as in Universe, and N as in Nancy.

ICE:     O Y T U N

EM:     Correct

ICE:     That's her first name/

EM:     Correct

ICE:     OK, what's the last name please.

EM:     It would be under my name before the divorce. M I H

ICE:     Yes

EM:     A L I K

ICE:     M I H A L I K

EM:     Correct

ICE:     OK.  And what's her date of birth?

EM:     August 30th, 1972

ICE:     OK. And you said she's from Turkey?

EM:     Correct

ICE:     And do you know when she came into the United States?

3

Telephone conversation ICE-EM

EM:     Yes, she came about almost 15 years  to New York to study to be, become a pharmacist.
        Um, she got her two master degrees there.  She's a full time pharmacist now.

ICE:    She, she had, had plenty of time to um to legalize. When, you married in 2008.  Wha,
        what was her status when you married here?

EM:     Well, um, she was working under the Walgreens, um,  I guess as a work permit, um not
        sure (inaudible)

ICE:    OK.  So, you believe she was a legal non-immigrant at the time that she married you.

EM:     Correct.  She had a work permit, so Walgreens was sponsoring here.

ICE:    Yeah, ok. Thee, you got, you have a bunch of different things going on. I'm glad you
        called. Um, I'm going to resort them all.  Um, It sounds that you had three different
        reasons to call here.  Um, one being the possibility, or at least the conscious of maybe I
        should report this possible tie to the terrorism. You know how they how they sympathetic
        with that or whatever - what did they you say about her? You feel you saw some leanings
        of some radicalism on her part towards you...

EM:     Yes, she basically she came back November 7th and she's completely, over this year she
        took Islam, the religion, um

ICE:    Yeah

EM:     So, she studied it, studied it, and recited it.  Um, we went to Turkey, and that's when the
        thing start to happen with the brothers-and a

ICE:    When did you go over there to Turkey?

EM:     Ah, I went twice in February and ah, in June. June or July of this year.

ICE:    What is your background?  You don't mind my askin.

EM:     Uh,  born in Florida, been ah, U.S. citizen ..

ICE:    Yes

EM:     My parents, my dad was from Pennsylvania, we traveled the world, my dad worked for
        (garbled). We lived in Thailand, Germany, Austria ...

ICE:    Ok.  So you had a kind of a receptacle, receptive to uh, the rest of the world here looking

4

Telephone conversation ICE-EM

at different people.

EM:    Of course, of course they want me to experience the world. They took me on trips to Australia, they didn't want me to be narrow minded.

ICE:   How about the religious background?

EM:    No religion at all.

ICE:   No. Ok. So do you think that she want, ah, What did she, was she looking for you to be involved with that?

EM:    Um, well she basically said that because now she's a Muslim she can't be married to me and that was about two months ago. So, I tried, I was looking into the religion, because I wanted to find out what was going on, so I went to some local synagogue here and I told them that she was in the Jihadist movement and I even brought her down to the priestize they call them Imans, and they basically told her she was wrong and that she's misinterpreting the word, and that it had nothing to do that, it actually means like a struggle, ah, an internal struggle, like getting up in the morning and praying had nothing-people had taken this out of context. And he was explaining that to her, and shh, recently she just emailed me an email, after that she me the (inaudible)- no struggle. Then she emailed me this link that shows 160 words of Jihad in the Koran, and a, so that's when it started like -well that's weird thinking. And one day I point blank asked her, I go, "listen did you marry just me for my citizenship and do you want to harm someone here." And she looked at me blank and she said, "If I have to kill people for Allah, I will." I said, "Oh my God, I never heard that from you." And this all changed in a year, because when we met. She would drink. She would gamble. She was just the regular typical American girl. But then this year she doesn't drink, she doesn't gamble. Everything, is uh, what's they called? Everything is against Allah. You know, so she went on this path. And the Mosque were telling me that she was going down the wrong road. That someone's feeding her something from Turkey. Because I know late at night she would get emails and texts all throughout the night.

ICE:   Yeah, it could be, it could be a lot of different things. It could be, it could be as simple as her not being able to admit that she just did it for the citizenship, and wants to scare you right out of there- knowing that this is an excuse. Rather than just face the truth about it, you know that, I don't know, we can't take it as a joke. I mean I will document what you've, but really like to, let me tell you how we do this here to discuss here..

EM:    I am concern, because someone said that if I didn't report and if something, I really didn't want to say anything, but if something happened though it could come back may..

5

Telephone conversation ICE-EM

ICE:   Well, I mean it's just your conscious too, and obviously you got a lot on your mind, you know, and so we'll slow it down a little bit and we'll go over all the different directions this report actually goes in.  But the number one thing is you've reached the right place. Reached where Homeland Security does (garbled) tip line, we're in New England, but we have access to the whole country. Once you're call is done, then it will be sent down to the field of the people that are in charged of the area where it came from, So, I'll be sending this to the Immigration Agents that are, you know,  nearest.  We need her.  Do we know where she is living?

EM:   Yes, she is living under an Extended Stay America, near my house, about five miles.

ICE:   What is it?

EM:   It's an Extended Stay America

ICE:   OK

EM:   On Valley View Blvd.

ICE:   Hold on. Extended Stay America. So, it's just I'm just not familiar with an Extended Stay America.  Is it like a hotel?

EM:   Yeah, there like little studios, they have a kitchenette for long term stay.

ICE:   It's a nationalized chain?

EM:   Yah, it is.

ICE:   Sorry

EM:   No problem.

ICE:   Extended Stay America.  What address is this one at?

EM:   Ah, it's, I don't know the exact address, it's on Valley View Blvd.  in Cerritos. Blvd. (Inaudible)

ICE:   Valley View Blvd in Cerrito?

EM:   That's correct

ICE:   How do you spell that?

6

Telephone conversation ICE-EM

EM:     Yeah sure, C as in Charley, E as in Edward, R R I T O S

ICE:    Ok, two r's. Okay.  So Valley View and Cerritos Blvd. And  what's the name, state

EM:     So that's in Cypress, California.

ICE:    Ok

EM:     The zip code is 90620, but my concern is why she says I have to go back, I have to be
        with my parents, this and that, and the stories don't make sense, and that she's just sitting
        here waiting for something, that said  she's waiting here for her paperwork, and she's
        moving to Turkey permanently to take over her dad's business. But then why, and she, I
        mean, she basically ask her, um, but yesterday she was just chewing me out saying you
        know I don't want the citizenship any more.  I don't want to be a stupid American.  Non
        believers.  She was just going off on me.

ICE:    Yeah.

EM:     I was just going, "Oh my God."

ICE:    Well it's not, you know that's I'm saying, some of that we all take for granted, (inaudible)
        I think a lot of people, it's an easy think is to say we're stupid, but the problem could be
        that there's a tremendous amount of pressure to do things correctly, uh, get a job.
        (Inaudible) It's tough to be a good United States citizen right now. Pay your taxes and
        succeed. You know what I mean.  There's a lot of competition for anything that we do,
        wether it's business, or go to college, just providing a home being a good father for
        children and stuff.  That's a heck of a role model to try to do and when you come in from
        a different country, uh, I don't know, sometimes they think it's easy here, and you know,
        much harder then they realize, then that's one excuse. And it seems to come through,
        because that's what it kinda of what it sounds like.   I mean (garbled) shallow view,  all of
        what you done basically is hope to have a life with her and try to help her.

EM:     Yeah, (garble)

ICE:    You know

EM:     (Inaudible) excuse because she said that I financially abuse her.

ICE:    Yeah

EM:     Because she makes a lot of money, so obviously the proportion of you paying is going to
        be more than me.

Telephone conversation ICE-EM

ICE:   Yeah

EM:    You make more, So you know

ICE:   Yeah, so that the, the, fact that it's her father's business (inaudible) could be, you know,
       used in the United States recently of some way of having her do that over here? May be
       she's waiting to make sure she could get like a dual citizenship, or something out this
       where, if she leaves too soon, I'm not familiar with every in and out of the Immigration
       law or every- you're talking about three, may she has to be here for three years before she
       leaves back to Turkey with her status heard in order to be considered for possibly getting
       her possibly, getting- you know, her dual citizenship. I don't know. It sounds like she
       probably knows more than we do at this point. But, uh, one of the quick, quick tangent
       from this would be the typical report on this would be the husband struggling with the
       idea of did she just marry me for the paperwork, you know, is that all what's that's about.
       What do I do with that. And a lot of times there is, there's a need for justice behind that.
       And they need to call typically really be looking- that's really unfair. Especially if the
       financial thing was the other way, where they put out everything. You know, they like the
       life the family and everything else. It's really hard to prove.

EM:    Yeah

ICE:   So, you know as far as that part of the report goes, it's going to be a tough one to say that
       she did that, or at least prove that enough to say that she may have her legal status taken
       away. She's going to fight for that. She was a conditional residence first. Did she
       actually get her green card? Do you know if she's got-did you go to into a conditional of
       relief?

EM:    Yeah

ICE:   Ok. At that time, when was that sir?  When did she go...

EM:    Uh, (inaudible) I'm not, almost three years ago, it happened quickly after we got married.
       She had a big push to get her citizenship, obviously, until her green card didn't work
       easily over here. She can..

ICE:   Do you believe, do you understand the difference between a conditional green card and
       the conditional residency and then the  permanent lawful-permanent residency, the LPR
       card?

EM:    Oh, she wants, she just went for the permanent residency.

ICE:   Ok, and you believe she got that when?

8

Telephone conversation ICE-EM

EM:   It had to be almost, uh, it had to be almost over two years ago.

ICE:   Ok, so not too long after the 2002 wedding-then. Do you think she got it in 200-

EM:   Yes

ICE:   OK

EM:   Because in February we got married, so sometime during, after that a couple of months later

ICE:   Later, ok

EM:   Ahaa, she got that

ICE:   Ok, so that really in normal cases, I mean once they get green card, she actually stayed an additional two years. You know you've also gone to Turkey, also struggled with the different families. She's talking to you about what she's doing. She's brought you over there. She's got this identity crisis going, but who's she (garble) of the person. You've been involved with-it really doesn't sound like-she only did this unless she needs that extra time to stay there. But I don't really see that as being (inaudible) and still be done. So, it sounds like she made an attempt to do her best with you, for whatever reason (inaudible). It could be, like I said a million different reasons. I mean it must be, people misconstrue how much they need, how much (garbled) when the non-immigrant comes over they want to get married. A lot of people that marry them, they, you know (garbled), they're citizens-when they get married obviously the whole focus the person getting married with. We already hire (garbled) in the United States, but when you have person seeking to become citizen, or become legal, obviously that's a huge thing to them. You know they, they that not only do they want to get married and pick the right person, but my God, they want to become a United States citizen, you know, that's a big deal. So, so why do people have to struggle, struggle with that contin ..

EM:   (overlap) So, how, how

ICE:   (overlap-garbled) was it for her to do that

EM:   But, I just want to interrupt. It doesn't make sense to me, she was married before

ICE:   Yeah

EM:   to a United States citizen in New York.

9

Telephone conversation ICE-EM

ICE:    Yeah

EM:    And she never pursued to get her citizenship.

ICE:    Yeah, that makes sense, because she, she isn't sure she really wants to be-she got her education and she still struggling with that.  So, if anything she's really stayed consistent with that-even though-,

EM:    (overlap) Ok

ICE:    she still doesn't know what she's doing.  She hasn't made a direct plan to just get ( garbled) even further-

EM:    Ok

ICE:    You know, I think, I think a lot of those other things, we're only thinking we don't know. Afterwards, I'm going to write down what's going on here, just to make sure, I'm glad you called. One thing, I think would be important, I really wish you would leave your name and a contact. I can still leave your information, we can redact your statement-ok

EM:    (overlap) Alright

ICE:    A redaction is just that nobody can put that in writing and say that's what you said and use that for any, anything, you know.  Basically, it's just a report an agent could use as a background for an investigation.  I think that would be very important for everyone to have.  But, what, what is your name?

EM:    Errol, E R R O L

## ALL MASTER RECORD

05/14/2012

| | | | |
|---|---|---|---|
| **Call ID:** 02095688 | | **Type:** 23 | |
| **Line/Unit:** I | | **Addl:** | |
| **Date Entered:** 12/27/2010 14:31:44 | | **Entered By:** DABRONCH | |
| **Phone #:** | | | |
| **Anonymous?** Y | | **Status:** N | |
| **Tecs Id:** | | | |
| **SAC:** SACLA | **RAC:** ASCOR | **OTHR:** | |

**Subject:**

MIHALIK, OYTUN
    EXTENDED STAY AMERICA
    VALLEY VIEW BLVD
    CYPRUS           CA     90620-

    Dob: 08/30/1972    Cob: TY

**Synopsis:**
    MARRIAGE FRAUD

**Narrative:**

On 12/27/2010, at approximately 1405 hours, the HSI Tip-line received information relating to possible marriage fraud in Cyprus, CA. The anonymous male caller reported his wife Oytun MIHALIK, d.o.b. 08/30/72, a female from Turkey, living at Extended Stay America Valley View Blvd Cyprus, CA 90620, as a person who married for legal status.

Caller stated that MIHALIK married the caller on 02/02/2008. Caller stated that MIHALIK received her permanent green card in 2008. Caller stated that MIHALIK moved out of their residence on 11/29/2010, and moved to the supplied address. Caller stated that he has a meeting with a divorce lawyer on 01/03/2011 to file for a divorce.

Caller stated that MIHALIK has made some strange statements about radical Islam views, and caller stated that she has two brothers in Turkey that may be sympathetic to the radical Muslim movement. Caller named these two brothers as Onat AKIN, and Onar AKIN. Caller stated that Onat married a USC over 10 years ago, but is now in Turkey, but he can't leave Turkey because he never did his government service there.

Caller stated that he is not sure of the sincerity of MIHALIK, when she talks of radical Muslim happenings, but caller wanted to alert ICE about it.

Caller stated that MIHALIK mentioned to him that her brothers may be sympathetic to AL-Queda. Caller stated that MIHALIK has just completed studying the Koran herself, and wants to convert to strict Muslim beliefs, which appear to be extreme at times to the caller.

Caller provided a claims receipt number of MSC-08-222-47460 for MAHALAK

ICE investigators may contact the informant that provided this information for further questioning. However, the informant requests his identity be kept confidential outside of ICE investigations.  Please redact all information in this report that may relate to the informants identity before any release of information.

Caller will speak to an investigator.
Caller: Errol Mahilak, cell phone number 562-743-2989.

ARN 087166458 appears to relate.

# EXHIBIT C

# REDACTED IN FULL

# EXHIBIT D

Custom Transaction Filter

| Amount US | Control Number | S Name | Send Agent | S Phone | Send Date  Send Time | Std Number2 | SDOB |
|---|---|---|---|---|---|---|---|
| 2850.00 | 1983317344 | AYSE OYTUN MIHALIK | ATZ150039 | 905327453745 | 3/21/2011 05:17:00 | | 1972.08.30 |

AYSE MIHALIK 091911 page 1

Custom Transaction Filter

| Srl Number | Srl Number | Srl Location | Credit Card | SID Number | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| B | F10487227 | LOSANGELESBAS.KONS. | | | ATAKOY 9 KISIM A1 B BLOK D 145 | ISTANBUL | NA | 34156 |

AYSE MIHALIK 091911 page 2

Custom Transaction Filter

| Company Sender | Amount Loc | Amount | PN line | Payment | Phone | PayDate | Pay Time | PhB Number2 | PBOB | Ptd type |
|---|---|---|---|---|---|---|---|---|---|---|
| TR | USD | 2850.00 | HASINE BIGEM | APK130069 | | 3/24/2011 | 02:18:00 | | 1959.05.14 | B |

AYSE MIHALIK 091911 page 3

Custom Transaction Filter

| HID Number | HID Location | IP Address | PCity | PState | Pzip | Pcountry | Amount US | Pcurrency | PAmount | LOC | Squestion | SAnswer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 161013292929124 | GOP | MDN | MDN | PK | | | 2801.01 | PKR | 239598.79 | | | |

AYSE MIHALIK 091911 page 4

Custom Transaction Filter

| Phone2 / St Mail | Send Agent Name | Send Agent Address |
|---|---|---|
| | GARANTI BANK INTERNET BANKING | 7/24 INTERNET BANKACILIG UZERINDEN |

AYSE MIHALIK 091911 page 5

Custom Transaction Filter

| Send Agent City | Send Agent State | Send Agent Province | Send Agent Zip | Send Agent Country Code | Pay Agent Name |
|---|---|---|---|---|---|
| ISTANBUL | | | 34340 | TR | THE BANK OF KHYBER |

AYSE MIHALIK 091911 page 6

Custom Transaction Filter

| Pay Agent Address | Pay Agent City | Pay Agent State | Pay Agent Province | Pay Agent Zip | Pay Agent Country Code |
|---|---|---|---|---|---|
| CONTONMENT PLAZA | MARDAN | NWFP | | | PK |

AYSE MIHALIK 091911 page 7

# EXHIBIT E

PATH: ORC2113.E01/Partition 3/NONAME [NTFS]/[root]/System Volume
Information/{76c09c71-c147-11e0-9c34-c44619c1e521}{3808876b-c176-4e48-b7ae-
04046e6cc752}
-MIHALIK's Internet Explorer (IE) web browser contained a
"favorite" tab for "The Al Qaeda Manual".


PATH: ORC2113.E01/Partition 3/NONAME [NTFS]/[root]/Users/kulayse/Music/iTunes/iTunes
Media/Mobile Applications/Google Earth 3.2.0.ipa»Payload»Google
Earth.app»startinglocations»pk.country»startinglocation.kml
-On December 13, 2010, MIHALIK used the google earth application
to search for Pakistan.


PATH: ORC2113.E01/Partition 3/NONAME
[NTFS]/[root]/Users/kulayse/AppData/Roaming/Microsoft/Windows/PrivacIE/Low/index.dat»entr
y #07123
-On December 22, 2010, MIHALIK using the IE web browser in the
"privacy" mode, conducted search for "true jihad".


PATH: ORC2113.E01/Partition 3/NONAME
[NTFS]/[root]/Users/kulayse/AppData/Roaming/Microsoft/Windows/PrivacIE/Low/index.dat»entr
y #07249
-On December 22, 2010, MIHALIK using the IE web browser in the
"privacy" mode, conducted search for "Jihad in Afghanistan".


PATH: ORC2113.E01/Partition 3/NONAME
[NTFS]/[root]/Users/kulayse/AppData/Roaming/Microsoft/Windows/PrivacIE/Low/index.dat»entr
y #120171
-On January 20, 2011, MIHALIK using the IE web browser in the
"privacy" mode, conducted search for "pakistan-map.gif".


PATH: ORC2113.E01/Partition 3/NONAME
[NTFS]/[root]/Users/kulayse/AppData/Local/Temp/History/History.IE5/index.dat»entry #00042
-On the following dates, MIHALIK conducted searches of Western
Union: March 8, 2011, April 2, 2011 and August 7, 2011.


PATH: ORC2113.E01/Partition 3/NONAME
[NTFS]/[root]/Users/kulayse/AppData/Local/Microsoft/Windows/Temporary Internet
Files/Low/Content.IE5/NTRQQ9ZJ/Al_Qaeda_Manual_Introduction[1].htm;
-On June 6, 2011, August 5, 2011 and August 7, 2011, MIHALIK
viewed the Al Qaeda Manual on her laptop computer several times.
MIHALIK traveled back to the United States from Turkey on August
8, 2011.

PATH:  ORC2113.E01/Partition 3/NONAME [NTFS]/[root]/Windows/Temp/._msige60/program files/Google/Google Earth/client/res/pk.country/startinglocation.kml

-On June 16, 2011 MIHALIK used the google earth application to search for Pakistan.


PATH:  ORC2113.E01/Partition 3/NONAME [NTFS]/[root]/Users/kulayse/AppData/Local/Microsoft/Windows/Temporary Internet Files/Low/Content.IE5/BGY3437D/dinamik_teklifler[1].xml

-On July 5, 2011, MIHALIK downloaded a .pdf version of a book related to Jihad in Islam.


PATH:  ORC2113.E01/Partition 3/NONAME [NTFS]/[root]/System Volume Information/{ffe3946e-bca1-11e0-b8c6-c44619c1e521}{3808876b-c176-4e48-b7ae-04046e6cc752}

-On August 5, 2011, MIHALIK viewed utilized IE to view information pertaining to the book "The Mind of the Terrorist" by Jerrold M. Post.