# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

( ___ Amended _____ )

| | |
|---|---|
| Case No.   CR 11-833(A)-JST | Date   March 29, 2013 |

Present: The Honorable   **JOSEPHINE STATON TUCKER, U.S. DISTRICT JUDGE**

| Terry Guerrero | Deborah Parker | Patrick Fitzgerald and Judith Heinz |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| **Oytun Ayse Mihalik** | ✓ | ☐ | Alan Eisner and Errol Stambler | ✓ | ☐ | ☐ | NONE |

**PROCEEDINGS:**   SENTENCING AND JUDGMENT HEARING   ☐ Contested   ✓ Non-Evidentiary

Day ___ (if continued from a prior hearing date)

___ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.   **✓** Refer to separate Judgment Order.
___ Imprisonment for  Years/months  on each of counts _____
___ Count(s) _____ concurrent/consecutive to count(s) _____
___ Fine of $ _____ is imposed on each of count(s) concurrent/consecutive.
___ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
___ Confined in jail-type institution for _____ to be served on consecutive days/weekends commencing _____
___ years/months Supervised Release/Probation imposed on count(s) _____
consecutive/concurrent to count(s) _____
under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:
___ Perform _____ hours of community service.
___ Serve _____ in a CCC/CTC.
___ Pay  $ _____ fine amounts & times determined by P/O.
___ Make $ _____ restitution in amounts & times determined by P/O.
___ Participate in a program for treatment of narcotic/alcohol addiction.
Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
___ Other conditions:
Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision.  The Court finds the defendant
___ does not have the ability to pay.
___ Pay  $ _____ per count, special assessment to the United States for a total of  $ _____
___ Imprisonment for  months/years  and for a study pursuant to 18 USC _____ with results to be furnished to the Court within  days/months  whereupon the sentence shall be subject to modification.  This matter is set for further hearing on _____
**✓** Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
**✓** Defendant informed of right to appeal.
___ ORDER sentencing transcript for Sentencing Commission.   ___ Processed statement of reasons.
___ Bond exonerated _____ upon surrender   ___ upon service of _____
___ Execution of sentence is stayed until 12 noon, _____
at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
___ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
___ Filed and distributed judgment.  ENTERED.
___ Other

|  |  |  |
|---|---|---|
|  | 1 : 20 |  |
|  | Initials of Deputy Clerk   tg |  |