ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
PATRICK R. FITZGERALD (Cal. Bar No. 135512)
Assistant United States Attorney
Chief, National Security Section
JUDITH A. HEINZ (Cal. Bar No. 176264)
Assistant United States Attorney
Deputy Chief, National Security Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4591/7280
     Facsimile: (213) 894-6436
     E-mail:    patrick.fitzgerald@usdoj.gov
                judith.heinz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>OYTUN AYSE MIHALIK,<br>　aka "Ayse Oytun Akin,"<br>　aka "Ayse Mihalik,"<br>　aka "Cindy Palmer,"<br><br>　　　　Defendant. | No. CR 11-833(A)-JLS<br><br>GOVERNMENT'S SUPPLEMENTAL NOTICE REGARDING USE OF FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION |

　　　The United States of America, by and through its undersigned counsel, hereby supplements its previous Notice of Intent to Use Foreign Intelligence Surveillance Act information, filed on September 23, 2011. This supplemental notice is being filed as a result of the government's determination that information obtained or derived from Title I FISA collection may, in particular cases, also be "derived

from" prior Title VII FISA collection.  Based upon that determination and a recent review of the proceedings in this case, the United States of America hereby provides notice to the Court and the defense, pursuant to Title 50, United States Code, Sections 1806(c) and 1881e(a), that the information the United States intended to enter into evidence, or otherwise use or disclose at trial, hearings, or other proceedings in this case, included information derived from acquisition of foreign intelligence information conducted pursuant to the Foreign Intelligence Surveillance Act of 1978, as amended, 50 U.S.C. § 1881a.

The United States of America has discussed this supplemental notice with defense counsel.  Defense counsel has advised that defendant Mihalik has conferred with her counsel about this supplemental notice, and does not intend to pursue any further action in this matter.

Dated: April 4, 2014                    Respectfully submitted,

                                        ANDRÉ BIROTTE JR.
                                        United States Attorney

                                        ROBERT E. DUGDALE
                                        Assistant United States Attorney
                                        Chief, Criminal Division


                                              /s/
                                        ─────────────────────────────
                                        JUDITH A. HEINZ
                                        Assistant United States Attorney

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA