Errol H. Stambler, Esq.
10880 Wilshire Blvd., Suite 1050
Los Angeles, California 90024
O:    (310) 473-4525
F:    (310) 475-8187
Email:estambler@msn.com
California State Bar Number: 58374

Alan Eisner
Kestenbaum Eisner & Gorin LLP
14401 Sylvan Street, Suite 112
Van Nuys, California 91401
O:    (818) 781-1570
F:    (818) 781-5033
Email:ae@keglawyers.com
California State Bar Number: 127119

Party for: **Oytun Mihalik**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| PLAINTIFF, ) | CASE NO.: CR 11-833(A)-JLS |
| V. ) | APPLICATION AND ORDER |
| OYTUN MIHALIK, ) | TO CORRECT THE ARREST |
| DEFENDANT. ) | DATE |
| _____ ) | |

**[NO OBJECTION BY THE GOVERNMENT]**

TO THIS HONORABLE COURT:

The defendant, Oytun Ayse Mihalik (Reg.# 61427-112), through her attorney of record, Errol H. Stambler, hereby applies to this court to correct the arrest date for Ms. Mihalik. The incorrect arrest date (August 29, 2011) appears on the face of the Pre Sentence Report and that the Bureau of Prisons is using that incorrect date as the start date for the custodial term imposed upon this defendant. The correct arrest date is August 27, 2011.

The Government, by way of Assistant United States Attorney, Judith A. Heinz,

has provided the attached exhibit (**Exhibit A**) verifying the arrest date was August 27, 2011; and not the arrest date used by the Probation Department in their Pre Sentence Report as being August 29, 2011.

      Therefore, the defendant, without objection from the Government, request that the court grant this Order to correct the arrest date. That such Order to be served upon the United States Probation Department to correct their date of arrest and the United States Marshall which in turn to served the Bureau of Prisons to reflect the correct date of arrest.

                        Respectfully submitted,

                        _____/s/_____

                        Errol H. Stambler

                        Attorney at Law